UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>Marilynn Lynn Thomason.<br><br>Debtor | Case No. 22-40460-JMM<br><br>Chapter 13 |

**ORDER DENYING EXTENSION OF AUTOMATIC STAY WITH RESPECT TO LSF10 MASTER PARTICIPATION TRUST**

This matter came before the Court on Debtor's Motion to Extend the Automatic Stay (the "Motion")[1] beyond 30 days under 11 U.S.C. §362(c)(3)(B). The Court reviewed the Motion and the record of the case including the Motion to Dismiss Case with a Bar to Refiling filed by the Chapter 13 Trustee filed as Dkt. No. 16 and Joinder filed by LSF10 Master Participation Trust (Dkt. No. 26). The Court having orally announced its findings of fact and conclusions of law at the hearing on November 28, 2022, which included its finding that it previously entered an order lifting the automatic stay in favor of LSF10 Master Participation Trust on November 17, 2021 in the prior bankruptcy case no. 21-40435 (Dkt. No. 104)[2]. It further concluded that the Debtor did not rebut by clear and convincing evidence the presumption that the new bankruptcy case was not filed in good faith as set forth in 11 U.S.C.§ 362(c)(3)(B)(ii) as to LSF10 Master Participation Trust and for good cause appearing therefore,

---

[1] Debtor's Motion to Extend the Automatic Stay was filed in Case No. 21-40435 as Dkt. No. 252, which Debtor argued was also a request as part of Case No. 22-40460-JMM.
[2] The Order lifting the stay was based on a Memorandum Decision dated November 17, 2022 (Dkt. No. 103). The Debtor moved for reconsideration of the order lifting the stay on November 23, 2021 (Dkt. No. 107) and the Court denied that requested relief in a memorandum decision and an order entered December 21, 2021 (Dkt. Nos. 122 and 123).

IT IS HEREBY ORDERED that Debtor's Motion to Extend the Automatic Stay beyond 30 days after the filing of the present case is DENIED as to LSF10 Master Participation Trust. The automatic stay thus expires on December 8, 2022 as to LSF10 Master Participation Trust.

DATED: November 29, 2022

JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court entered its own order in place of the proposed order submitted by counsel.

# Notice Recipients

District/Off: 0976−4        User: admin                Date Created: 11/29/2022
Case: 22−40460−JMM          Form ID: pdf033            Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          LSF10 Master Participation Trust
                                                                            TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         US Trustee          ustp.region18.bs.ecf@usdoj.gov
                                                                            TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Marilynn Lynn Thomason        2184 Channing Way #251       Idaho Falls, ID 83404
                                                                            TOTAL: 1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

In re:

**MARILYNN THOMASON,**

Debtor.

**Bankruptcy Case No. 22-40460-JMM**

## ORDER DENYING EXTENSION OF TIME TO COMPLETE CREDIT COUNSELING AND GRANTING MOTION TO DISMISS

For the reasons set forth in the Court's Memorandum of Decision filed herein, and for other good cause,

**IT IS HEREBY ORDERED THAT** Debtor's motion to extend time to complete the credit counseling requirement, Doc. No. 6, shall be, and is hereby DENIED.

**IT IS FURTHER HEREBY ORDERED** that Trustee's Motion to Dismiss, Doc. No. 16, joined in by LSF10 Master Participation Trust, Doc. No. 26, shall be, and is hereby GRANTED and this Chapter 13 bankruptcy case is DISMISSED.

**IT IS FURTHER HEREBY ORDERED THAT** Trustee's motion for a bar to refiling, Doc. No. 16, shall be, and is hereby DENIED.

DATED: December 6, 2022

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

ORDER – 1

**Notice Recipients**

District/Off: 0976−4   User: admin   Date Created: 12/6/2022
Case: 22−40460−JMM   Form ID: pdf012   Total: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      LSF10 Master Participation Trust
                                                                                        TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     US Trustee     ustp.region18.bs.ecf@usdoj.gov
tr       Kathleen A. McCallister     kam@kam13trustee.com
aty     Kathleen A. McCallister     kam@kam13trustee.com
aty     Lewis Nishioka Stoddard     lewis@hwmlawfirm.com
                                                                                     TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Marilynn Lynn Thomason     2184 Channing Way #251     Idaho Falls, ID 83404
5272540    Fall River Election Company     1150 North 3400 East     Ashton, ID 83420
5272566    HSBC     US Headquarters NA     452 5th Avenue     New York, NY 10018
5272541    John Patrick Grayken (dba)     Hudson Advisors, LLC     Lone Star North     America Acquisitions, LLC     2711 North Haskell Ave, Suite 1700     Dallas, TX 75204
5272567    WaFd (dba)     Washington Federal, Washington     Federal Savings and Loan     425 Pike Street     Seattle, WA 98101
                                                                                     TOTAL: 5

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| In re:<br><br>MARILYNN THOMASON,<br><br>Debtor. | Bankruptcy Case<br>Nos. 21-40435-JMM<br>and 22-40460-JMM |
|---|---|

## ORDER DENYING MOTION FOR EXTENSION OF AUTOMATIC STAY

For the reasons set forth in the Court's Memorandum of Decision filed herein, and for other good cause,

**IT IS HEREBY ORDERED THAT** Debtor's Motion to Extend the Automatic Stay, Doc. No. 252,[1] shall be, and is hereby DENIED.

DATED: December 6, 2022

JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

---

[1] Despite the motion being filed in 21-40435-JMM, the Court will docket this order in both that case and the subsequent one, 22-40460-JMM.

ORDER – 1

Case 22-40460-JMM Doc 108 Filed 02/06/23 Entered 02/06/23 11:42:32 Desc Main
Document     Page 16 of 38

Case 22-40460-JMMv-00108 Filed 02/06/23 1-2 Filed 03/03/23 Page 32 of 7 Desc PDF
Order - Goes to Other Recipients    Page 1 of 1

Case: 23-1025, Document: 8-3, Filed: 03/03/2023, Page 16 of 66 (19 of 266)

# Notice Recipients

District/Off: 0976−4            User: admin                          Date Created: 12/6/2022
Case: 22−40460−JMM              Form ID: pdf016                      Total: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          LSF10 Master Participation Trust
                                                                                    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         US Trustee          ustp.region18.bs.ecf@usdoj.gov
tr          Kathleen A. McCallister        kam@kam13trustee.com
aty         Kathleen A. McCallister        kam@kam13trustee.com
aty         Lewis Nishioka Stoddard         lewis@hwmlawfirm.com
                                                                                    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Marilynn Lynn Thomason         2184 Channing Way #251      Idaho Falls, ID 83404
5272540     Fall River Election Company    1150 North 3400 East        Ashton, ID 83420
5272566     HSBC       US Headquarters NA       452 5th Avenue         New York, NY 10018
5272541     John Patrick Grayken (dba)      Hudson Advisors, LLC       Lone Star North    America Acquisitions,
            LLC      2711 North Haskell Ave, Suite 1700      Dallas, TX 75204
5272567     WaFd (dba)       Washington Federal, Washington    Federal Savings and Loan     425 Pike
            Street      Seattle, WA 98101
                                                                                    TOTAL: 5

16